UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

FILED
JUL 26 2005
CLERK
U.S. BANKRUPTCY COURT
By _____
DEPUTY CLERK

UNCLAIMED DIVIDENDS/DIVIDENDS LESS THAN $5 FOR DEPOSIT TO REGISTRY FUND

DEBTOR: Albert E Hartley Sr. + Carol Hartley
CASE NUMBER: 97-01363

PLEASE CHECK ONE:

☑ UNCLAIMED DIVIDENDS

____ DISTRIBUTION LESS THAN $5

| CREDITOR/ADDRESS | CLAIM NO. | AMOUNT |
|---|---|---|
| First Card FCC National Bank<br>P.O. Box 2975<br>Hicksville, N.Y. 11553 | 4 | 1187.43 |

INTEREST EARNED SUBSEQUENT TO DISTRIBUTION OF DIVIDENDS
$ _____
TOTAL: $ 1187.43

DATE: March 30, 2005

_____, Trustee
TRUSTEE

RECEIPT # 16620
FEE AMT 1177.43 INT

EXHIBIT 1 TO TRUSTEE'S FINAL ACCOUNT AFTER DISTRIBUTION AND MOTION FOR DISCHARGE
REVISED 2/94